# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL NO. 3:97CR22-7

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **ALONZO MACKINS, JR.** ) | |

**THIS MATTER** is before the Court pursuant to remand from the Fourth Circuit Court of Appeals for reimposition of Defendant's sentence of life imprisonment as to Count Four of the indictment. *See **United States v. Alonzo Mackins, Jr.**,* 2008 WL 2485432, at *4 (4th Cir. 2008).

Pursuant to the Fourth Circuit's *vacatur* and remand,

**IT IS, THEREFORE, ORDERED** that the Clerk of Court amend the Court's Amended Judgment filed August 17, 2006, as to the Defendant's term of imprisonment as to Count Four as follows:

> The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of life as to Ct. Four and a term of 240 months imprisonment on Ct. 5, to be served concurrently.

**IT IS FURTHER ORDERED** that the remaining terms and conditions of the Court's Amended Judgment filed August 17, 2006, are unchanged and remain in full force and effect.

Signed: August 20, 2008

Lacy H. Thornburg
United States District Judge